**Olinsky Law Group**
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

September 18, 2023

*Document Electronically Filed*
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2023
```

    Re: Stewart v. Commissioner of Social Security
      Docket No: 1:23-cv-05359-KHP

Hon. Judge Parker:

  This letter respectfully requests an extension of time of sixty-one (61) days for Plaintiff to file Plaintiff's Brief in this matter, to November 27, 2023. Plaintiff's Brief is currently due on September 27, 2023; however, Plaintiff cannot complete the Brief on time.

  Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to properly and thoroughly prepare Plaintiff's brief. For instance, between September 22, and November 22, 2023, staff in Counsel's office have one hundred and eighty-seven (187) Plaintiff briefs due. This figure does not include Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to thoroughly and properly prepare the brief.

  Plaintiff's counsel has contacted defense counsel who kindly consents to this request. This request will not cause Defendant any undue hardship. The parties have agreed on the below briefing schedule.  This would be a first request for an extension of time in this matter.

  If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before November 27, 2023;**
- **Defendant's Brief is due on or before January 26, 2024; and**
- **Plaintiff's Reply Brief, if any, is due on or before February 16, 2024.**

**APPLICATION GRANTED**

*Katharine H. Parker* 9/19/2023
Hon. Katharine H. Parker, U.S.M.J.

Thank you for your consideration.

Respectfully submitted,

*/s/ Howard D. Olinsky*
Howard D. Olinsky, Esq.
Counsel for Plaintiff

CC [via ECF]: Jonathan King, Esq., Counsel for Defendant

**SO ORDERED.**

Dated: _____          _____
                                  **U.S. Magistrate Judge**